IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-01012-AP

**ANTHONY GOMEZ**,

       Plaintiff

v.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security,

       Defendant
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCE OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Mark D. Elliot | JOHN F. WALSH |
| Alonit Cohen | United Stated Attorney |
| 7884 Ralston Road | |
| Arvada, CO 80002 | WILLIAM G. PHARO |
| Telephone: (303) 424-5319 | Assistant United States Attorney |
| E-mail: alonit@elliottlawoffices.com | District of Colorado |
| | |
| | M. Thayne Warner |
| | Special Assistant United States Attorney |
| | Assistant Regional Council |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO 80202 |
| | Telephone: (303) 844-7237 |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:**    April 16, 2012

    B.    **Date Complaint Was Served on U.S. Attorney's Office:**  April 27, 2012

    C.    **Date Answer and Administrative Record Were Filed:**    June 26, 2012

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Counsel for both Plaintiff and Defendant state that, to the best of their knowledge, the record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate. However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.**

The parties state that, to the best of their knowledge, this case does not involve any unusual claims or defenses.

**7.    OTHER MATTERS**

There are no other matters anticipated.

**8.    BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**    August 27, 2012

    B.    **Defendant's Response Brief Due:**    September 26, 2012

    C.    **Plaintiff's Reply Brief (If Any) Due:**    October 11, 2012

**9. STATEMENTS REGARDING ORAL ARGUMENT**

Plaintiff requests oral argument.

Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A. ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

   B. (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO. LCiv 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

None.

DATED this 10th day of July, 2012.


                                           BY THE COURT:


                                            _S/John L. Kane_____
                                           U.S. DISTRICT COURT JUDGE

APPROVED:

/s/ Alonit Cohen                           /s/ M. Thayne Warner
Alonit Cohen                               M. Thayne Warner
7884 Ralston Road                          Special Assistant U.S. Attorney
Arvada, CO 80002                           1001 Seventeenth Street
Telephone (303) 424-5319                   Denver, CO 80202
alonit@elliottlawoffices.com               Telephone: (303) 844-7237
Attorney for Plaintiff                     thayne.warner@ssa.gov
                                           Attorney for Defendant