# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01012-AP

ANTHONY GOMEZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

The Stipulation for Remand (doc. #19), filed September 25, 2012, shall be treated as a motion and as such is GRANTED. The Court REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g),[1] and REMANDS the cause to the Commissioner for further administrative proceedings.

Upon remand, the Commissioner is directed to assign this case to a new administrative law judge (ALJ) with instructions to: request the testimony of a medical expert (neurologist); re-evaluate Dr. Maa's March 2010 notation about the frequency of Plaintiff's seizures; re-evaluate Dr. Estacio's September 2007 assessment; address the letters from Drs. Maa and Estacio received by the Appeals Council; re-evaluate Plaintiff's testimony; and consider whether Plaintiff's seizure disorder met or equaled the requirements of a listing.

Dated this 25th day of September, 2012.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.